IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS M. McCARTHY,

                                                JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                            15-cv-312-bbc

v.

THOMAS J. VILSACK,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Thomas V. Vilsack granting his motion for summary judgment and dismissing this case.

| /s/ | 3/14/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |