IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
RECVD/FILED
2016 MAY -6 AM 10: 26

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

THOMAS M. MCCARTHY

    Plaintiff

VS                                     Case No. 15-cv-312-bbc

THOMAS J. VILSACK

    Defendant

---

NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

---

United States District Court for the 4th District of Western Wisconsin File or Case No. 15-cv-312-bbc.

Thomas M. McCarthy

Plaintiff

VS                                     Notice of Appeal

Thomas J. Vilsack

Defendant

Notice is hereby given that Thomas M. McCarthy, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from an Opinion and Order dated March 14, 2016 dkt. #31 and an Order dated April 21, 2016 by Barbara B. Crabb, District Judge.

This Notice of Appeal is dated May 4, 2016.

Respectfully,

*Thomas M. McCarthy* (signature)

Thomas M. McCarthy

Plaintiff

12 N. Rural Street

Chippewa Falls, WI, 54729

Thomas M. McCarthy
12 N. Rural St.
Chippewa Falls, WI
54729



Clerk of the Court
United States District Court
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703